**Davis-Watkins Dairymen's Manufacturing Company, appellant, v. William Ohlhaver Company, appellee. Gen. No. 7,954.**

Heard in this court at the October term, 1928. Opinion filed March 2, 1929.

John W. Bennett, for appellant; Walter H. Shurtleff, of counsel. Mighell, Gunsul & Allen, for appellee.

Mr. Justice Jett delivered the opinion of the court.

## THIRD DISTRICT.

**Clara L. Janssen, appellee, v. H. Fred Janssen, appellant. Gen. No. 8,229.**

Heard in this court at the April term, 1928. Opinion filed October 15, 1928.

W. St. J. Wines, for appellant. John G. Friedmeyer, A. M. Fitzgerald and H. C. Moore, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

**A. E. Satterlee, administrator of the estate of Kathryn E. Satterlee, deceased, appellant, v. Chicago & Eastern Illinois Railway Company, appellee. Gen. No. 8,232.**

Heard in this court at the April term, 1928. Opinion filed October 15, 1928.

Lester K. Vandever and M. J. Brown, for appellant. Hill & Burlington, for appellee; H. T. Dick, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.